# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DIEGO RODRIGUEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security Administration,<br><br>　　　　　　　　Defendant. | Case No. CV 18-02152-PSG (JEM)<br><br>J U D G M E N T |

In accordance with the Order of Remand filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED for further proceedings.

DATED: 6/2/2020

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE